

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2023 JAN 26  P 12: 23

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# FELONY

### INDICTMENT FOR CARJACKING AND
### A VIOLATION OF THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **23-13** |
| v. | * | SECTION: **SECT. I  MAG. 4** |
| FURRELL JOHNSON | * | VIOLATIONS: 18 U.S.C. § 2119(1) |
| | | 18 U.S.C. § 924(c)(1)(A)(ii) |
| | * | 18 U.S.C. § 2 |

\*  \*  \*

The Grand Jury charges that:

### COUNT 1
### (Carjacking)

On or about October 13, 2022, in the Eastern District of Louisiana, the defendant, **FURRELL JOHNSON**, took a motor vehicle, a Honda CRV, that had been transported, shipped, and received in interstate and foreign commerce, from another person by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Sections 2119(1) and 2.

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____
```

## COUNT 2
### (Use of a Firearm During a Crime of Violence)

On or about October 13, 2022, in the Eastern District of Louisiana, the defendant, **FURRELL JOHNSON**, did knowingly brandish, carry, and use a firearm, that is a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking as charged in Count 1, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

### NOTICE OF FORFEITURE

1. The allegations of Counts 1 and 2 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **FURRELL JOHNSON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(5), any property, real or personal, involved in said offense, and any property traceable to such property.

3. As a result of the offense alleged in Count 2, the defendant, **FURRELL JOHNSON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offense, including but not limited to any of the following:

> Unknown black firearm, unknown model, unknown caliber, unknown serial number.

4. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

       d.     has been substantially diminished in value; or

       e.     has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.



DUANE A. EVANS
UNITED STATES ATTORNEY

CHARLES D. STRAUSS
Assistant United States Attorney
Bar Roll No. 36039

New Orleans, Louisiana
January 26, 2023

3

FORM OBD-34

No.

# UNITED STATES DISTRICT COURT

Eastern __District of__ Louisiana

__Criminal__ __Division__

## UNITED STATES OF AMERICA

vs.

## FURRELL JOHNSON

## INDICTMENT FOR CARJACKING AND A VIOLATION OF THE FEDERAL GUN CONTROL ACT

**VIOLATIONS:** 18 U.S.C. § 2119(1)
18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 2

*A true bill.*



*Filed in open court this _____ day of _____ A.D. 2023.*

_____
*Clerk*

*Bail, $ _____*

CHARLES D. STRAUSS
ASSISTANT UNITED STATES ATTORNEY